UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

STARLIN LLC et al.,[1]

       Debtors.

-----------------------------------------------------------X

In re:


175 SPRING STREET LLC[2]


-----------------------------------------------------------X

In re:


610 WEST 46TH STREET LLC.,


       Debtor.

-----------------------------------------------------------X

In re:


616-620 WEST 64TH STREET LLC,


       Debtor.

-----------------------------------------------------------X

Chapter 11

Case No. 22-10888 (MG)

(Jointly Administered)


Chapter 11

Case No. 22-11228 (MG)

(Jointly Administered)


Chapter 11

Case No.  22-11229 (MG)


Chapter 11

Case No.  22-11230 (MG)

---

[1] The Mezz Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  Starlin LLC (6765); 610 West 46th Street Enterprises, Ltd. (1937); RM Holdings Company Inc. (2733); BRC Owners, L.P. (5295); RG Mezz LLC (2437); RG Mezz III LLC (2895); RG Mezz V LLC (9871); and RG Mezz VI LLC (8222).

[2] The Mezz Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  Starlin LLC (6765); 610 West 46th Street Enterprises, Ltd. (1937); RM Holdings Company Inc. (2733); BRC Owners, L.P. (5295); RG Mezz LLC (2437); RG Mezz III LLC (2895); RG Mezz V LLC (9871); and RG Mezz VI LLC (8222).

1

4887-4146-1032, v. 5

---------------------------------------------------------X
In re:

            Chapter 11

**616 11TH AVENUE LLC,**          Case No. 22-11232 (MG)

                        Debtor.
---------------------------------------------------------X
In re:             Chapter 11

**609 11TH AVENUE LLC**,          Case No. 22-11233 (MG)

                        Debtor.
---------------------------------------------------------X
In re:             Chapter 11

**613 11TH AVENUE LLC,**          Case No. 22-11234 (MG)

                        Debtor.
---------------------------------------------------------X
In re:             Chapter 11

**617 11TH AVENUE LLC**,          Case No. 22-11236 (MG)

                        Debtor.
---------------------------------------------------------X
In re:             Chapter 11

**623 11TH AVENUE LLC,**          Case No. 22-11237 (MG)

                        Debtor.
---------------------------------------------------------X
In re:             Chapter 11

**108 MERRICK BOULEVARD LLC,**     Case No. 22-11238 (MG)

                        Debtor.
---------------------------------------------------------X

```
------------------------------------------------------------X
In re:                                              Chapter 11

533 WEST 27 STREET                                  Case No.  22-12139 (MG)
COMMON MEMBER  LLC,

                        Debtor.
------------------------------------------------------------X
```

ORDER DIRECTING JOINT ADMINISTRATION
OF CHAPTER 11 CASES AND RELATED RELIEF

Upon consideration of the motion ("Motion") of 175 Spring Street LLC, 610 West 46th Street LLC, 623 11th Avenue LLC, 617 11th Avenue LLC, 616 11th Avenue LLC, 108 Merrick Boulevard LLC, 613 11th Avenue LLC, 609 11th Avenue LLC, 616-620 West 46th Street LLC (collectively, the "PropCo Debtors") and 533 West 27 Street Common Member LLC ("Common Member Debtor," and together with the PropCo Debtors, the "Debtors"), seeking entry of an order ("Order"), administratively consolidating their chapter 11 cases for procedural purposes only and providing for their joint administration, and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b) and 1334; and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and consideration of the Motion and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no further notice of the Motion is required under the circumstances; and any objections to the requested relief having been withdrawn or overruled; and after due deliberation and sufficient cause appearing

3

therefor;

        **IT IS HEREBY ORDERED THAT**:

1. The Motion is granted as set forth below.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 22-10888 (MG).

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the Debtors' Chapter 11 Cases.

4. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **STARLIN LLC *et al.*,**[1] | Case No. 22-10888 (MG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------X

1. The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Starlin LLC (6765); 610 West 46th Street Enterprises, Ltd. (1937); RM Holdings Company Inc. (2733); BRC Owners, L.P. (5295); RG Mezz LLC (2437); RG Mezz III LLC (2895); RG Mezz V LLC (9871); and RG Mezz VI LLC (8222); 175 Spring Street, LLC (4249); 610 West 46th Street LLC (3898); 616-620 West 46th Street LLC (3706); 616 11th Avenue LLC (5258); 609 11th Avenue LLC (5047); 613 11th Avenue LLC (6820); 617 11th Avenue LLC (9177); 623 11th Avenue LLC (5464); 108 Merrick Boulevard LLC (3250); and 533 West 27 Street Common Member LLC (4518).

5. A docket entry shall be made in each of the above-captioned cases substantially as follows:

An order has been entered in this case, directing the joint administration of this case with the case of Starlin LLC, Case No. 22-10888 (MG).

6.    All original pleadings shall be captioned as indicated in the preceding paragraph and all original docket entries shall be made in the case of Starlin LLC, Case No. 22-10888 (MG).

7.    Notwithstanding anything to the contrary contained herein, proofs of claim against each particular debtor shall bear the case name and case number of the relevant debtor and shall be filed and docketed in the individual case of the relevant debtor.

8.    The Debtors may file a single monthly operating report as required by the Operating Guidelines and Reporting Requirement for Debtors in Possession and Trustees, issued by the Executive Office of United States Trustees (rev. 11/27/13) for the jointly administered Debtors.  In all events, the monthly operating report shall be filed on a consolidating (not consolidated) basis.  The report must contain on a consolidating basis the information required for each debtor that tracks and breaks out all of the specific information, e.g., receipts, disbursements, profit and loss statements, balance sheets and other required information on a debtor-by-debtor basis.

9. The Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

Dated: New York, New York
       September __, 2022

                                            _____
                                            HONORABLE MARTIN GLENN
                                            UNITED STATES BANKRUPTCY JUDGE

4887-4146-1032, v. 5